# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Jorge Luis Cervantes-Paredes<br><br>*Defendant(s)* | )<br>)<br>) Case No.  3:25-mj-00306<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 16, 2025  in the county of  Washington,  in the _____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a), (b) | Assaulting a Federal Officer Resulting in Bodily Injury |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Matthew Laramee, Homeland Security Investigations

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Matthew Laramee, Specical Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  11:55   a.m./☒m.

Date: 10/20/2025

*Jolie A. Russo*
*Judge's signature*

City and state:  Portland, Oregon   Honorable Jolie Russo, U.S. Magistrate Judge
*Printed name and title*